# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 658 MAL 2018

         Respondent                   :

                                   :    Petition for Allowance of Appeal from
                                   :    the Order of the Superior Court

         v.                        :

                                   :

ERIC LEE SHIELDS,                   :

                                   :

         Petitioner                     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.